**TOGA SOCIETY INC., doing business as Krewe of Aladdin, Plaintiff— Appellee–Cross–Appellant**

v.

**Newell NORMAND, Jefferson Parish Sheriff; Jefferson Parish, Defendants—Appellants–Cross–Appellees.**

No. 08–30172.

United States Court of Appeals, Fifth Circuit.

April 6, 2009.

Louis R. Koerner, Jr., Koerner Law Office, Houma, LA, Adam Stewart Lambert,

New Orleans, LA, for Plaintiff–Appellee–Cross–Appellant.

Thomas P. Anzelmo, Sr., Kyle Paul Kirsch, McCranie Sistrunk Anzelmo, Hardy Maxwell & McDaniel, Kenneth Charles Fonte, Golden & Fonte, Metairie, LA, for Defendants–Appellants–Cross–Appellees.

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.